UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN GROSS                                              PETITIONER

V.                         CIVIL ACTION NO. 3:24-CV-707-KHJ-MTP

L. ROSA, JR.                                     RESPONDENT

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 25th day of February, 2025.

                                                      s/ *Kristi H. Johnson*
                                                      UNITED STATES DISTRICT JUDGE